**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

───────────────────────────────────────────────

**ANGELA CAMPBELL,**

    **Plaintiff,**

 vs.           **5:04-CV-1007
               (NAM/GHL)**

**COUNTY OF ONONDAGA and JAMESVILLE
CORRECTIONAL FACILITY,**

    **Defendants.**

───────────────────────────────────────────────

**APPEARANCES:**           **OF COUNSEL:**

Brown & Hutchinson        Michael Cobbs, Esq.
925 Crossroads Building
Two State Street
Rochester, New York 14614
*Attorneys for Plaintiff*

Anthony P. Rivizzigno        Carol L. Rhinehart, Esq.
County Attorney           John W. Sharon, Esq.
421 Montgomery Street, 10th Fl.
Syracuse, New York 13202
*Attorneys for Defendants*

**Norman A. Mordue, Chief U.S. District Judge:**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

  The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Counsel has also advised the Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

  ORDERED, as follows:

  1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

    2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

    3) The Jury Trial scheduled for February 16, 2010 is canceled.

Dated: February 5, 2010

_____
Norman A. Mordue
Chief United States District Court Judge